Court Of Criminal Appeals Clerk  JULY 28, 2015.
 Abel Acosta
P. O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

RE: Trial Court Cause No. 1225435
    Appeals Court Cause No. 14-13-00215-CR
    Status of PDR

Dear Clerk,

   My appeals attorney has informed me that she filed a Petition for Discretionary Review (PDR), in my behalf in February 2015 in your Court of Criminal Appeals.
   It has now been over six (6) months and still no Response on the PDR.
   I am now Requesting the status of my PDR that was filed in the above cause Numbers.
   I can be Reached at my address listed below.
   Thank you for your help in this matter.

                              Sincerely,

CC/files

                    Printed Name Khanh , Phar  #1843659
                              Luther Unit
                              1800 Luther Drive
                              Navasota, Tx. 77868


CLERK'S LETTER-SOLO